RECEIVED
DEC 1 5 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:04-cr-60025 |
| | CIVIL ACTION NO. 6:09-cv-00272 |
| VERSUS | JUDGE DOHERTY |
| LARRY PAUL PELTIER | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion to vacate, set aside, or correct his sentence (Rec. Doc. 55) is DENIED.

Lafayette, Louisiana, this 15 day of December, 2010.

Rebecca F. Doherty
United States District Judge